Marji Hanson (5712)
352 S. Denver Street, Suite 240
Salt Lake City, Utah 84111
Telephone: (801) 478-0479
Facsimile:  (801) 665-181
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **In re:**<br><br>**ANOPOL, ALLEN P. and**<br>**ANOPOL, C. BETH**<br>                         Debtors. | **EX PARTE MOTION TO SHORTEN TIME FOR NOTICE OF HEARING ON DEBTORS' MOTION TO APPROVE "SHORT SALE" OF REAL PROPERTY AND REQUEST FOR PAYMENT OF ATTORNEY'S FEES**<br>[FILED ELECTRONICALLY]<br>Case No. 10-35735<br>Chapter 13<br>Judge R. Kimball Mosier |

      Debtors, by and through counsel, hereby move this Court for an Order shortening the time for notice of hearing to ten (10) days or less notice by mail or electronic transmission where permitted by prior consent regarding the Debtors' Motion to Approve Sale of Real Property and Request for Payment of Attorney's Fees ("Motion") previously filed with the Court and dated March 19, 2013.  In support therefore, the Debtors state as follows:

      1.      The Debtors propose to sale real property located at 11556 South Equestrian Way, South Jordan, Utah (the "Property"), pursuant to the terms of a short sale agreement reached with the secured lender.

2.	The short sale approval agreement, attached to the Motion as Exhibit "B," expires on April 4, 2013, and the closing was delayed due to title insurance company demands.  Central Mortgage Company may grant the Debtors a short extension of time in which it will continue to honor the short sale agreement but it is seeking compensation for the extension in the form of a costly per diem fee until closing.

3.	Shortening the time for notice of hearing on the Motion will not prejudice any party in interest and will greatly reduce the amount of inconvenience and expense to the buyers and preserve the short-sale approval on the agreed terms and allow the closing to be conducted before the short-sale agreement is revoked by the lender.

WHEREFORE, the Debtors request that this Court shorten the time for Notice of hearing in this matter to no less than ten (10) days by mail or electronic transmission where permitted by prior consent for a hearing to be held on April 3, 2013, at 11:00 a.m.

Dated:  March 20, 2013.

__/s/ Marji Hanson_____
Marji Hanson
Attorney for Debtors