Document      Page 1 of 4

Marji Hanson (5712)
352 S. Denver Street, Suite 240
Salt Lake City, Utah 84111
Telephone: (801) 478-0479
Facsimile:  (801) 665-181
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | |
|---|---|
| **ANOPOL, ALLEN P. and ANOPOL, C. BETH**<br>          Debtors. | **DEBTORS' EX PARTE APPLICATION TO EMPLOY REAL ESTATE AGENT**<br><br>*[FILED ELECTRONICALLY]*<br>Case No. 10-35735<br>Chapter 13<br>Judge R. Kimball Mosier |

Debtors, Allen P. and C. Beth Anopol, by and through counsel, and pursuant to 11 U.S.C. § 327, hereby requests an Order approving the employment of Trevor Mecham of Busy Bee Realty Sales & Management, Inc., as agents to market and sell real property located at located at located at 11556 South Equestrian Way, South Jordan, Utah (the "Property").  Trevor Mecham is a disinterested person as described in the Affidavit attached hereto as Exhibit "A."  Neither Mr. Mecham nor Busy Bee Realty Sales & Management, Inc., hold or represent an interest adverse to this estate.  As the agent representing the buyers, Mr. Mecham is expecting to receive a sales commission that will not exceed 3.0% of the sale price for the Property or approximately $8,550.00.

WHEREFORE, the Debtors request that this Court grant this Ex Parte Application to Employ Trevor Mecham of Busy Bee Realty Sales & Management, Inc., as set forth herein.

Dated:  March 25, 2013.

__/s/ Marji Hanson_____
Marji Hanson
Attorney for Debtors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2013, a true and correct copy of the foregoing **DEBTORS' EX PARTE APPLICATION TO EMPLOY REAL ESTATE AGENT** was served by U.S. mail, postage prepaid, or transmitted electronically where permitted by prior consent, to the following parties:

Kevin R. Anderson
Chapter 13 Trustee
405 South Main Street, Ste. 600
Salt Lake City, Utah  84111
(via ECF and email)

Trevor Mecham
Busy Bee Realty Sales & Management, Inc.
879 W. Baxter Drive
South Jordan, Utah  84095
(via email)

_____/s/ Marji Hanson_____

Marji Hanson (5712)
352 South Denver Street, Suite 240
Salt Lake City, Utah 84111
Telephone: (801) 478-0479
Facsimile: (801) 665-1817
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | AFFIDAVIT OF DISINTEREST OF REAL ESTATE AGENT |
|---|---|
| ANOPOL, ALLEN P. and ANOPOL, C. BETH<br>Debtors. | [FILED ELECTRONICALLY]<br>Case No. 10-35735<br>Chapter 13<br>Judge R. Kimball Mosier |

I, Trevor Mecham, being first duly sworn, depose and state as follows:

1. I am a realtor with Busy Bee Realty Sales & Management, Inc., with an office in Salt Lake County. I am duly licensed to sell real property in the State of Utah.
2. Neither I nor Busy Bee Realty Sales & Management, Inc., represent any interest adverse to the estate in the above-referenced Chapter 13 case, and are both disinterested within the meaning of 11 U.S.C. § 101(14) and have no connection with any creditor or any other party in interest. Neither I nor Busy Bee Realty Sales & Management, Inc., hold any connection with the Debtors other than as set forth in the application to which this Affidavit is attached.

DATED: March __27th__, 2013.

_____
Trevor Mecham, Agent
Busy Bee Realty Sales & Management, Inc.

STATE OF UTAH              )
                           :ss
COUNTY OF SALT LAKE  )

Trevor Mecham, being first duly sworn, deposes and says: That he has read the above and foregoing Affidavit and knows the contents thereof and the facts alleged therein are true to his own best knowledge and belief except as to those matters stated on information and belief, and to those matters, he believes them to be true.

_____
Trevor Mecham

SUBSCRIBED AND SWORN before me this 20th day of March, 2013.

_____
Notary Public
Residing in: 8/20/13

DEBBIE PIMM
NOTARY PUBLIC·STATE OF UTAH
COMMISSION# 580059
COMM. EXP. 08-27-2013

2